```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


JERRY SAM and MELENIE SAM,
                                        NO. CIV. S-09-2177 LKK/KJM
          Plaintiffs,

     v.
                                             O R D E R
AMERICAN HOME MORTGAGE
SERVICING, et al.,

          Defendants.
                                   /
```

This case is currently scheduled for a status conference on Monday, October 19, 2009 at 10:00 a.m. On September 25, 2009, both defendants filed a motion to dismiss set to be heard on November 9, 2009 at 10:00 a.m. The court's ruling on the motion, and the subsequent filings by parties may affect the matters to be scheduled during the conference.

For these reasons, the court CONTINUES the status conference to January 4, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: October 16, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT