```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    JERRY SAM and MELENIE SAM,
10
                                     NO. CIV. S-09-2177 LKK/KJM
11          Plaintiffs,
12      v.
                                          O R D E R
13  AMERICAN HOME MORTGAGE
    SERVICING, et al.,
14
15          Defendants.
16                                      /
```

17     Plaintiffs in this suit bring numerous claims relating to
18 plaintiffs' home mortgage against American Home Mortgage Servicing,
19 Inc. ("AHMS") and Deutsche Bank National Trust Company. Defendants
20 have filed a motion to dismiss.  Plaintiffs filed a timely
21 opposition arguing that plaintiffs' amended complaint, filed
22 concurrently, renders the motion to dismiss moot.  The court
23 agrees.
24     Accordingly, the pending motion to dismiss, Doc. No. 12, is
25 DENIED WITHOUT PREJUDICE as moot.
26 ////

                                  1

1    IT IS SO ORDERED.

2    DATED:  October 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2