UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY SAM and MELENIE SAM,

         NO. CIV. S-09-2177 LKK/KJM

    Plaintiffs,

  v.

         O R D E R

AMERICAN HOME MORTGAGE
SERVICING, et al.,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss and a motion to strike by defendants American Home Mortgage Servicing, Inc. ("AHMSI") and Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3 (Doc. No. 19). The court does not find oral argument necessary in these matters. Accordingly, the hearing on the above motions currently set for January 11, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1