Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Jerry Sam and Melenie Sam

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. SBN 167280
Nicholas G. Hood, Esq. SBN 238620
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone (949) 477-5050
Facsimile (949) 477-9200

Attorneys for Defendants American Home Mortgage Servicing, Inc.
And Deutsche Bank National Trust Company, as
Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Jerry Sam and Melenie Sam,<br>　　　　Plaintiffs,<br><br>v.<br><br>American Home Mortgage Servicing, Inc. And Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3,<br><br>　　　　Defendants. | Case No.: 2:09-CV-02177 LKK (KJM)<br><br>STIPULATION ENLARGING TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT PURSUANT TO COURT ORDER<br><br>Hon. Lawrence K. Karlton |

Stipulation for expanding time - 1

COMES NOW Plaintiffs Jerry Sam and Melenie Sam ("Plaintiff"), by and through their attorney of record, The Law Office of Kimberlee A. Rode, and Defendants, American Home Mortgage Servicing, Inc. And Deutsche Bank National Trust Company, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3, by and through their attorneys of record, Wright, Finlay & Zak, LLP, who stipulate as follows:

1. WHEREAS, on March 3, 2010 the Hon. Lawrence K. Karlton issues an order wherein Plaintiff was required to file am amended complaint consistent with that order by March 24, 2010;

2. WHEREAS, on March 17, 2010 the parties entered into a Settlement and Release Agreement with a written agreement to follow;

3. WHEREAS, on March 22, 2010 Plaintiff's counsel spoke to Judge Karlton's clerk about a stipulation to extend time to file an amended complaint for two weeks.

4. WHEREAS, on March 23, 2010 Plaintiff's counsel heard back from Defendant's counsel that they would agree to a stipulation to extend the time to file an amended complaint to give the parties time to finalize the agreed upon settlement;

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendants, through their respective attorneys of record, as follows:

1. The time to file an amended complaint in this action shall be extended to April 7, 2010.

**IT IS SO STIPULATED.**

                                                 **THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: March 23, 2010                /s/ Kimberlee A. Rode
                           By: _____
                                Kimberlee A. Rode, attorney for Plaintiff Jerry Sam and Melenie Sam

1

2  Dated: March 23, 2010                **WRIGHT, FINLAY & ZAK, LLP**

3                                       /s/ Nicholas G. Hood
                              By:       _____
4                                       Nicholas G. Hood, attorney for Defendants American
                                        Home Mortgage Servicing, Inc.
5                                       And Deutsche Bank National Trust Company, as
                                        Trustee for the Certificateholders of Soundview Home
6                                       Loan Trust 2006-OPT3, Asset-Backed Certificates,
                                        Series 2006-OPT3

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25